# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Du, Miranda M. | U.S. District Court, Nevada | 08/02/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | [✓] Nomination, Date 08/02/2011  [ ] Initial  [ ] Annual  [ ] Final | 01/01/2010 to 7/24/2011 |
| | 5b. [ ] Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 100 West Liberty Street 10th Floor Reno, NV 89501 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | McDonald Carano Wilson LLP |
| 2. | Director | Nevada Women's Fund |
| 3. | Commissioner | Nevada Commission on Economic Development |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 08/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | McDonald Carano Wilson LLP | $128,000.00 |
| 2. 2010 | McDonald Carano Wilson LLP; Net Income | $426,500.00 |
| 3. 2009 | McDonald Carano Wilson LLP; Net Income | $353,000.00 |
| 4. 2011 | State of Nevada | $480.00 |
| 5. 2010 | State of Nevada | $800.00 |
| 6. 2009 | State of Nevada | $720.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed Business |
| 2. 2010 | Self-employed Business |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Exempt | | | | |
| 2. | | | | | |
| 3 | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 08/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2 | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Green Tree | Mortgage on Rental Property # 1 | P4 |
| 2. | PNC Mortgage | Mortgage on Rental Property # 2 | P4 |
| 3. | Sallie Mae | Student Loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property # 1, Reno, NV | D | Rent | M | W | Exempt | | | | |
| 2. Rental Property # 2, Reno, NV | D | Rent | M | W | Exempt | | | | |
| 3. Kori LLC | D | Distribution | J | W | Exempt | | | | |
| 4. Eclipse Running | | None | M | W | Exempt | | | | |
| 5. Ford Stock | | None | J | T | Exempt | | | | |
| 6. Citi Stock | | None | J | T | Exempt | | | | |
| 7. Southwest Stock | | None | J | T | Exempt | | | | |
| 8. Note from McDonald Carano | | None | K | T | Exempt | | | | |
| 9. M&I Stable Principal Fund | | None | K | T | Exempt | | | | |
| 10. PIMCO Total Return Fund | | None | K | T | Exempt | | | | |
| 11. Oakmark Equity & Income Fund | | None | K | T | Exempt | | | | |
| 12. Allianz NFJ Dividend Value | | None | L | T | Exempt | | | | |
| 13. Growth Fund of America | | None | L | T | Exempt | | | | |
| 14. Goldman Sachs Mid Cap Value | | None | M | T | Exempt | | | | |
| 15. Allianz Agic Opportunity | | None | L | T | Exempt | | | | |
| 16. Invesco U.S. Government Fund | | None | J | T | Exempt | | | | |
| 17. Invesco European Growth Fund | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Invesco Van Kampen American Franchise | | None | J | T | Exempt | | | | |
| 19. Invesco Van Kampen Value Opportunities | | None | J | T | Exempt | | | | |
| 20. Invesco Van Kampen Growth & Income Fund | | None | K | T | Exempt | | | | |
| 21. LM CBA Equity Income Builder Fund | | None | J | T | Exempt | | | | |
| 22. Legg Mason Global Currents International All Cap Opp Fund | | None | J | T | Exempt | | | | |
| 23. Legg Mason Clearbridge Small Cap Growth Fund | | None | J | T | Exempt | | | | |
| 24. MTB Small Cap Growth Fund | | None | J | T | Exempt | | | | |
| 25. Templeton Developing Markets Trust Class A | | None | J | T | Exempt | | | | |
| 26. Citibank Bank Deposit Program | | None | J | T | Exempt | | | | |
| 27. DWS Blue Chip A | | None | J | T | Exempt | | | | |
| 28. DWS Global Small Cap Growth A | | None | J | T | Exempt | | | | |
| 29. DWS Strategic Value A | | None | J | T | Exempt | | | | |
| 30. Nevada State Bank | | None | K | T | Exempt | | | | |
| 31. Wells Fargo Bank | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

My husband operates Eclipse Running as a sole proprietorship. The value listed for Eclipse Running is the estimated value. The income earned from Eclipse Running is disclosed under Part III-B.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 35 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 534 | 462 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 380 | 000 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 10 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others: | | 34 | 000 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 1 | 373 | 350 |
| Real estate owned – see schedule | 1 | 590 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable (rental) | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 37 | 000 | 401(k) Loan | | 14 | 000 |
| Cash value-life insurance | | | | Eclipse Running –payables | | 50 | 000 |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 1 | 447 | 350 |
| | | | | Net Worth | 1 | 163 | 112 |
| Total Assets | 2 | 610 | 462 | Total liabilities and net worth | 2 | 610 | 462 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 16 | 500 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |